DLM

| PROB.22 (Rev. 2/88) **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Tran. Court) 05-cr- 86-01-SM | |
|---|---|---|---|
| | | DOCKET NUMBER (Rec. Court) 1:07-CR-055-01 ML | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Tia Eastman<br>Providence, Rhode Island | DISTRICT<br><br>NEW HAMPSHIRE | DIVISION<br><br>U.S. PROBATION | |
| | NAME OF SENTENCING JUDGE<br><br>Steven J. McAuliffe | | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM:<br><br>August 29, 2005 | TO:<br><br>August 28, 2008 |

OFFENSE

Conspiracy to Make False Statement in the Attempted Acquisition of a Firearm in violation of Title 18, United States Code, Section 922(a)(c)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **NEW HAMPSHIRE**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF RHODE ISLAND** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

March 27 2007
*Date*

[signature]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 11, 2007
*Date*

Mary M. Lisi
*Chief United States District Judge*