CLOSED, ECF, PRIOR

# U.S. District Court
# District of New Hampshire (Concord)
# CRIMINAL DOCKET FOR CASE #: 1:05-cr-00086-SM-ALL

Case title: USA v. Eastman
Magistrate judge case number: 1:04-mj-00027-JM

Date Filed: 05/09/2005

---

Assigned to: Chief Judge Steven J. McAuliffe

**Defendant**

**Tia Marie Eastman** (1)
*TERMINATED: 08/29/2005*

represented by **Jonathan R. Saxe**
Federal Defender's Office
The Ralph Pill Building
22 Bridge St
Concord, NH 03301
603 226-7360
Email: jonathan_saxe@fd.org
*TERMINATED: 05/11/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Thomas F. McCue**
Thomas F. McCue PLLC
PO Box 485
Berlin, NH 03570
603 783-9675
Email: atty@tfmccue.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK
BY: Judith A. Barrett
DEPUTY CLERK
4-16-07

**Pending Counts**

18:371 Conspiracy to Make False Statements in the Attempted Acquisition of a Firearm in violation of 18:922(a)(6)
(1)

**Disposition**

Defendant to be imprisoned for a total term of time served; supervised release for a term of 3 years; special conditions; fine waived; Special Assessment of $100.00

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:922(a)(6) FALSE STATEMENTS TO A FEDERALLY LICENSED FIREARMS DEALER IN THE ACQUISTION OF A FIREARM | |

**Plaintiff**

**USA**

represented by **Mark E. Howard-USA**
US Attorney's Office (NH)
James C. Cleveland Federal Building
53 Pleasant St, 4th Flr
Concord, NH 03301-0001
603 225-1552
Email: USANH.ECFCriminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/11/2004 | 1 | COMPLAINT signed by Judge Joseph A. DiClerico Jr as to Tia Marie Eastman (1). (jgb, ) [1:04-mj-00027-JM] (Entered: 03/11/2004) |
| 03/11/2004 | 2 | MOTION to Seal Case at Level I for one yearby USA as to Tia Marie Eastman (jgb, ) [1:04-mj-00027-JM] (Entered: 03/11/2004) |
| 03/11/2004 | | **ENDORSED ORDER granting [2] Motion to Seal Case at Level I for one year as to Tia Marie Eastman (1).** ***Text of Order: Granted*** **Signed by Judge Joseph A. DiClerico Jr. Sealed Document deadline 3/14/2005. (jgb, )** [1:04-mj-00027-JM] (Entered: 03/11/2004) |
| 03/11/2004 | 3 | Praecipe for Warrant by USA as to Tia Marie Eastman. (jgb, ) [1:04-mj-00027-JM] (Entered: 03/11/2004) |
| 03/11/2004 | | Arrest Warrant Issued as to Tia Marie Eastman. Original warrant and copies to US Marshal and US Probation. (jgb, ) [1:04-mj-00027-JM] (Entered: 03/11/2004) |
| 04/20/2004 | 4 | MOTION to Appoint Counsel with Financial Declaration by Tia Marie Eastman (amm, ) [1:04-mj-00027-JM] (Entered: 04/21/2004) |
| 04/20/2004 | | **ENDORSED ORDER granting [4] Motion to Appoint Counsel as to Tia Marie Eastman (1). Signed by Judge James R. Muirhead. (amm, )** [1:04-mj-00027-JM] (Entered: 04/21/2004) |
| 04/20/2004 | 5 | WAIVER of Preliminary Examination or Hearing by Tia Marie Eastman. (amm, ) [1:04-mj-00027-JM] (Entered: 04/21/2004) |
| 04/20/2004 | 6 | **ORDER OF TEMPORARY DETENTION as to Tia Marie Eastman. Detention Hearing set for 4/22/2004 11:30 AM before Magistrate Judge James R. Muirhead. Signed by Judge James R. Muirhead. (amm, )** [1:04-mj-00027-JM] (Entered: 04/21/2004) |

| | | |
|---|---|---|
| 04/20/2004 | 7 | **ORDER APPOINTING FEDERAL DEFENDER as to Tia Marie Eastman. Jonathan R. Saxe for Tia Marie Eastman appointed. Signed by Clerk James R. Starr.amm, )** [1:04-mj-00027-JM] (Entered: 04/21/2004) |
| 04/21/2004 | | Minute Entry for proceedings held before Judge James R. Muirhead :INITIAL APPEARANCE as to Tia Marie Eastman held on 4/21/2004. Defendant sworn and advised of rights & charges. Court approves financial affidavit. (Tape #B:303 115-449) (Govt Atty: Mark Howard) (Defts Atty: Jonathan Saxe) (USP: Karin Kinan)(Total Hearing Time: 10 min) (amm, ) [1:04-mj-00027-JM] (Entered: 04/21/2004) |
| 04/21/2004 | | NOTICE OF HEARING as to Tia Marie Eastman : Show Cause Hearing re: Indictment and compliance with 18:3161(b) is set for 5/21/2004 08:45 AM before Magistrate Judge James R. Muirhead. HEARING WILL NOT BE NECESSARY IF MOTION TO EXTEND GRANTED OR INDICTMENT RETURNED PRIOR TO HEARING DATE. (amm, ) [1:04-mj-00027-JM] (Entered: 04/21/2004) |
| 04/21/2004 | 8 | Arrest Warrant Returned Executed on 4/20/04 as to Tia Marie Eastman. (dae, ) [1:04-mj-00027-JM] (Entered: 04/22/2004) |
| 04/22/2004 | | Minute Entry for proceedings held before Judge James R. Muirhead :DETENTION HEARING as to Tia Marie Eastman held on 4/22/2004. Defendant detained, order to issue. (Tape #B:303 843-1085) (Govt Atty: Mark Howard) (Defts Atty: Jonathan Saxe) (USP: Karin Kinan)(Total Hearing Time: 5 min) (amm, ) [1:04-mj-00027-JM] (Entered: 04/22/2004) |
| 04/22/2004 | | ORAL MOTION to Continue detention hearing by Tia Marie Eastman with assent. (amm, ) [1:04-mj-00027-JM] (Entered: 04/22/2004) |
| 04/22/2004 | | **ORAL ORDER granting [] MOTION to Continue detention hearing as to Tia Marie Eastman (1). Signed by Judge James R. Muirhead. (amm, )** [1:04-mj-00027-JM] (Entered: 04/22/2004) |
| 04/22/2004 | | Minute Entry for proceedings held before Judge James R. Muirhead :DETENTION HEARING as to Tia Marie Eastman held on 4/22/2004. Defendant released on conditions. (Tape #B:303 843-1085) (Govt Atty: Mark Howard, Robert Kinsella) (Defts Atty: Jonathan Saxe) (USP: Karin Kinan)(Total Hearing Time: 30 min) (amm, ) [1:04-mj-00027-JM] (Entered: 04/22/2004) |
| 04/22/2004 | 9 | **ORDER Setting Conditions of Release. Defendant shall: report to supervising officer; maintain/seek employment; surrender/refrain from possessing firearms; surrender/obtain no passport; submit to random drug testing - do not obstruct testing devices; participate in drug program; travel restricted to NH; refrain from use/possession of narcotic drugs; report any contact with law enforcement; Released to 3rd Pary Custodian. Signed by Judge James R. Muirhead. (amm, )** [1:04-mj-00027-JM] (Entered: 04/22/2004) |
| 04/28/2004 | 10 | **US PROBATION PETITION re: Bail violation and recommending that Bail revoked as to Tia Marie Eastman. Warrant to issue. Recommendation Approved on 4/28/04. *Text of Order: approved* Signed by Judge James R. Muirhead. (jgb, )** [1:04-mj-00027-JM] (Entered: 04/28/2004) |
| 04/28/2004 | | Probation Warrant Issued as to Tia Marie Eastman. Original warrant and copies to US Marshal and US Probation. (jgb, ) [1:04-mj-00027-JM] (Entered: 04/28/2004) |
| 05/20/2004 | 11 | MOTION to Extend Time to Indict to June 21, 2004 by USA as to Tia Marie Eastman (jgb, ) [1:04-mj-00027-JM] (Entered: 05/20/2004) |
| | | |

| | | |
|---|---|---|
| 05/20/2004 | | **ENDORSED ORDER granting [11] Motion to Extend Time to Indict as to Tia Marie Eastman (1).** ***Text of Order: Granted*** **Signed by Judge James R. Muirhead. Show Cause Hearing re: Indictment and compliance with 18:3161(b) is set for 6/22/2004 09:00 AM before Magistrate Judge James R. Muirhead. HEARING WILL NOT BE NECESSARY IF MOTION TO EXTEND GRANTED OR INDICTMENT RETURNED PRIOR TO HEARING DATE. (jgb, )** [1:04-mj-00027-JM] (Entered: 05/20/2004) |
| 05/25/2004 | 12 | Arrest Warrant Returned Executed on 5/24/04 as to Tia Marie Eastman. (jgb, ) [1:04-mj-00027-JM] (Entered: 05/26/2004) |
| 05/27/2004 | 13 | COPY of Removal documents, docket, financial affidavit, Commitment to Another District, Waiver of Rule 5 Hearing, from District of EDNY, Case No. 04mj00746-RLM (jgb, ) [1:04-mj-00027-JM] (Entered: 05/27/2004) |
| 06/04/2004 | | NOTICE OF HEARING as to Tia Marie Eastman : Bail Revocation Hearing set for 6/7/2004 10:30 AM before Magistrate Judge James R. Muirhead. (jgb, ) [1:04-mj-00027-JM] (Entered: 06/04/2004) |
| 06/07/2004 | | Minute Entry for proceedings held before Judge James R. Muirhead :BAIL REVOCATION HEARING as to Tia Marie Eastman held on 6/7/2004. Defendant Stipulated to Detention(Tape #B:310 (1103-1136)) (Govt Atty: Mark Howard) (Defts Atty: Jon Saxe) (USP: Karin Kinnan)(Total Hearing Time: :01) (jgb, ) [1:04-mj-00027-JM] (Entered: 06/07/2004) |
| 06/07/2004 | 14 | STIPULATION TO DETENTION and WAIVER of Detention Hearing without prejudice as to Tia Marie Eastman. Approved by Magistrate Judge James R. Muirhead. (jgb, ) [1:04-mj-00027-JM] (Entered: 06/07/2004) |
| 06/21/2004 | 15 | MOTION to Extend Time to Indict to August 20, 2004 by USA as to Tia Marie Eastman with assent. (jgb, ) [1:04-mj-00027-JM] (Entered: 06/21/2004) |
| 06/22/2004 | | **ENDORSED ORDER granting [15] Motion to Extend Time to Indict as to Tia Marie Eastman (1).** ***Text of Order: Granted*** **Signed by Judge James R. Muirhead. Show Cause Hearing re: Indictment and compliance with 18:3161(b) is set for 8/23/2004 09:00 AM before Magistrate Judge James R. Muirhead. HEARING WILL NOT BE NECESSARY IF MOTION TO EXTEND GRANTED OR INDICTMENT RETURNED PRIOR TO HEARING DATE. (jgb, )** [1:04-mj-00027-JM] (Entered: 06/22/2004) |
| 08/11/2004 | 16 | MOTION to Extend Time to Indict to October 22, 2004 by USA as to Tia Marie Eastman with assent. (jgb, ) [1:04-mj-00027-JM] (Entered: 08/12/2004) |
| 08/12/2004 | | **ENDORSED ORDER granting [16] Motion to Extend Time to Indict as to Tia Marie Eastman (1).** ***Text of Order: So Ordered*** **Signed by Judge James R. Muirhead. Show Cause Hearing re: Indictment and compliance with 18:3161(b) is set for 10/25/2004 09:00 AM before Magistrate Judge James R. Muirhead. HEARING WILL NOT BE NECESSARY IF MOTION TO EXTEND GRANTED OR INDICTMENT RETURNED PRIOR TO HEARING DATE. (jgb, )** [1:04-mj-00027-JM] (Entered: 08/16/2004) |
| 10/22/2004 | 17 | Assented to MOTION to Extend Time to Indict to 11/26/04 by USA as to Tia Marie Eastman (jgb, ) [1:04-mj-00027-JM] (Entered: 10/22/2004) |
| 10/22/2004 | | **ENDORSED ORDER granting [17] Motion to Extend Time to Indict as to Tia Marie Eastman (1).** ***Text of Order: So ordered*** **Signed by Judge James R. Muirhead. Show Cause Hearing re: Indictment and compliance with 18:3161(b) is set for** |

| | | |
|---|---|---|
| | | **11/29/2004 09:15 AM before Magistrate Judge James R. Muirhead. HEARING WILL NOT BE NECESSARY IF MOTION TO EXTEND GRANTED OR INDICTMENT RETURNED PRIOR TO HEARING DATE. (jgb, )** [1:04-mj-00027-JM] (Entered: 10/22/2004) |
| 11/19/2004 | 18 | MOTION for Jonathan R. Saxe, Esq. to Withdraw as Attorney by Tia Marie Eastman. Served on 11/19/04. Follow up on Objection on 12/9/2004 (jgb, ) [1:04-mj-00027-JM] (Entered: 11/22/2004) |
| 11/22/2004 | | **ENDORSED ORDER granting [18] Motion to Withdraw as Attorney. as to Tia Marie Eastman (1).** ***Text of Order: Granted*** **Signed by Judge James R. Muirhead. (jgb, )** [1:04-mj-00027-JM] (Entered: 11/23/2004) |
| 11/23/2004 | 20 | **CJA 20 as to Tia Marie Eastman : Appointment of Attorney Thomas F. McCue for Tia Marie Eastman for Criminal Case. Signed by Clerk James R. Starr. Follow up on submission of CJA Voucher on 5/23/2005. Replacing Jonathan Saxe, Esq.jgb, )** [1:04-mj-00027-JM] (Entered: 11/24/2004) |
| 11/24/2004 | 19 | Assented to MOTION to Extend Time to Indict to 3/4/05 by USA as to Tia Marie Eastman (jgb, ) [1:04-mj-00027-JM] (Entered: 11/24/2004) |
| 11/24/2004 | | **ENDORSED ORDER granting [19] Motion to Extend Time to Indict as to Tia Marie Eastman (1).** ***Text of Order: So Ordered:*** **Signed by Judge James R. Muirhead. Show Cause Hearing re: Indictment and compliance with 18:3161(b) is set for 3/7/2005 09:00 AM before Magistrate Judge James R. Muirhead. HEARING WILL NOT BE NECESSARY IF MOTION TO EXTEND GRANTED OR INDICTMENT RETURNED PRIOR TO HEARING DATE. (jgb, )** [1:04-mj-00027-JM] (Entered: 11/24/2004) |
| 03/02/2005 | 21 | Assented to MOTION to Extend Time to Indict to April 7, 2005 by USA as to Tia Marie Eastman (jgb, ) [1:04-mj-00027-JM] (Entered: 03/03/2005) |
| 03/03/2005 | | **ENDORSED ORDER granting [21] Motion to Extend Time to Indict as to Tia Marie Eastman (1).** ***Text of Order: So ordered, in the interests of justice:*** **Signed by Judge James R. Muirhead. Show Cause Hearing re: Indictment and compliance with 18:3161(b) is set for 4/8/2005 09:00 AM before Magistrate Judge James R. Muirhead. HEARING WILL NOT BE NECESSARY IF MOTION TO EXTEND GRANTED OR INDICTMENT RETURNED PRIOR TO HEARING DATE. (jgb, )** [1:04-mj-00027-JM] (Entered: 03/03/2005) |
| 04/06/2005 | 22 | Assented to MOTION to Extend Time to Indict to May 12, 2005 by USA as to Tia Marie Eastman (jgb, ) [1:04-mj-00027-JM] (Entered: 04/07/2005) |
| 04/07/2005 | | **ENDORSED ORDER granting [22] Motion to Extend Time to Indict as to Tia Marie Eastman (1).** ***Text of Order: So ordered, in the interests of justice:*** **Signed by Judge James R. Muirhead. Show Cause Hearing re: Indictment and compliance with 18:3161(b) is set for 5/13/2005 09:00 AM before Magistrate Judge James R. Muirhead. HEARING WILL NOT BE NECESSARY IF MOTION TO EXTEND GRANTED OR INDICTMENT RETURNED PRIOR TO HEARING DATE. (jgb, )** [1:04-mj-00027-JM] (Entered: 04/08/2005) |
| 05/09/2005 | 23 | INFORMATION as to Tia Marie Eastman (1) count(s) 1. *Original document available in clerks office.*(jar, ) (Entered: 05/11/2005) |
| 05/11/2005 | | NOTICE. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. (jar, ) (Entered: 05/11/2005) |

| | | |
|---|---|---|
| 05/12/2005 | | NOTICE OF HEARING as to Tia Marie Eastman: Waiver & Plea Hearing set for 5/16/2005 10:00 AM before Chief Judge Steven J. McAuliffe. (jar, ) (Entered: 05/12/2005) |
| 05/16/2005 | 24 | WAIVER OF INDICTMENT by Tia Marie Eastman. (jar, ) (Entered: 05/16/2005) |
| 05/16/2005 | 25 | PLEA AGREEMENT as to Tia Marie Eastman. (jar, ) (Entered: 05/16/2005) |
| 05/16/2005 | | Minute Entry for proceedings held before Judge Steven J. McAuliffe :WAIVER OF INDICTMENT/PLEA TO INFORMATION HEARING held on 5/16/2005 as to Tia Marie Eastman (1) Guilty Count 1. Court accepts plea. (Court Reporter: C. Quimby) (Govt Atty: Mark Howard) (Defts Atty: Thomas McCue) (USP: Cathy Battistelli)(Total Hearing Time: 22 mins)(CJA Time: 35 mins) (jar, ) (Entered: 05/16/2005) |
| 05/16/2005 | | NOTICE OF HEARING as to Tia Marie Eastman: Sentencing set for 8/29/2005 01:30 PM before Chief Judge Steven J. McAuliffe. (jar, ) (Entered: 05/16/2005) |
| 08/26/2005 | | Writ of Habeas Corpus ad Prosequendum Issued as to Tia Marie Eastman for 8/30/05 (jab, ) (Entered: 08/26/2005) |
| 08/29/2005 | | Minute Entry for proceedings held before Judge Steven J. McAuliffe :SENTENCING held on 8/29/2005 for Tia Marie Eastman (1) Sentenced on Count 1. (Court Reporter: Diane Churas) (Govt Atty: Helen Fitzgibbon) (Defts Atty: Thomas McCue) (USP: Denis Linehan)(Total Hearing Time: 10 minutes)(CJA Time: 10 minutes) (jab, ) (Entered: 08/29/2005) |
| 08/29/2005 | 26 | **JUDGMENT as to Tia Marie Eastman (1), Count(s) 1: Defendant to be imprisoned for a total term of Time Served; supervised release for a term of 3 years; special conditions; fine waived; Special Assessment of $100.00. So Ordered by Judge Steven J. McAuliffe. (jab, )** (Entered: 08/29/2005) |
| 08/29/2005 | | LEDGER Entry as to Tia Marie Eastman: Special Assessment paid in full, amount $100.00. Original ledger retained by financial division. (jab, ) (Entered: 09/01/2005) |
| 11/14/2005 | 27 | **CJA 20 as to Tia Marie Eastman: Authorization to Pay Thomas F. McCue, Esq. $2,528.86 for Criminal Case. So Ordered by Judge Steven J. McAuliffe. *Original document available in clerks office.* (jeb, )** (Entered: 11/25/2005) |
| 04/16/2007 | 28 | Probation Jurisdiction Transferred to USDC-RI as to Tia Marie Eastman. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (jab, ) (Entered: 04/16/2007) |